IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOSHUA MCMILLAN | : | NO. 22-278 |

ORDER

AND NOW, this 21st day of January 2026, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the pro se motion of defendant Joshua McMillan for a reduction in his sentence for extraordinary and compelling reasons pursuant to 18 U.S.C § 3582(c)(1)(A)(i) (Doc. # 66) is DENIED.

BY THE COURT:

/s/  Harvey Bartle III
J.